IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PAUL C. COOPER**                                                          **PETITIONER**

VS.                    CASE NO. 5:09CV00278 SWW

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                      **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young to which Petitioner has filed objections. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of November, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE